**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAR 28 2012

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 11 CR 918 |
| vs. ) | |
| ) | Violation: Title 18, United States Code, |
| MCKENZIE J. CARSON, a/k/a "Casino," ) | Sections 1591(a) |
| a/k/a "Joe Taylor," ) | |

JUDGE LINDBERG

MAGISTRATE JUDGE KIM

COUNT ONE

The SPECIAL SEPTEMBER 2011 GRAND JURY charges:

From in or about November 2009 to in or about March 2010, at Chicago and Joliet, in the Northern District of Illinois, Eastern Division, and elsewhere,

MCKENZIE J. CARSON, a/k/a "Casino," a/k/a "Joe Taylor,"

defendant herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means Victim 1, a minor who had attained the age of 14 but was under the age of 18, knowing and in reckless disregard of the fact that (1) means of force, threats of force, and coercion, and any combination of such means, would be used to cause Victim 1 to engage in a commercial sex act, and (2) Victim 1 had not attained the age of 18 years and would be caused to engage in a commercial sex act;

In violation of Title 18, United States Code, Sections 1591(a) and 2.

## COUNT TWO

The SPECIAL SEPTEMBER 2011 GRAND JURY further charges:

From in or about July 2010 to in or about September 2010, at Chicago and Joliet, in the Northern District of Illinois, Eastern Division, and elsewhere,

MCKENZIE J. CARSON, a/k/a "Casino," a/k/a "Joe Taylor,"

defendant herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained Victim 2, knowing and in reckless disregard of the fact that means of force, threats of force, and coercion would be used to cause Victim 2 to engage in a commercial sex act;

In violation of Title 18, United States Code, Sections 1591(a) and 2.

## COUNT THREE

The SPECIAL SEPTEMBER 2011 GRAND JURY further charges:

From in or about July 2010 to in or about September 2010, at Chicago and Joliet, in the Northern District of Illinois, Eastern Division, and elsewhere,

MCKENZIE J. CARSON, a/k/a "Casino," a/k/a "Joe Taylor,"

defendant herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained Victim 3, knowing and in reckless disregard of the fact that means of force, threats of force, and coercion would be used to cause Victim 3 to engage in a commercial sex act;

In violation of Title 18, United States Code, Sections 1591(a) and 2.

## COUNT FOUR

The SPECIAL SEPTEMBER 2011 GRAND JURY further charges:

From in or about January 2010 to in or about November 2010, at Chicago and Joliet, in the Northern District of Illinois, Eastern Division, and elsewhere,

MCKENZIE J. CARSON, a/k/a "Casino," a/k/a "Joe Taylor,"

defendant herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained Victim 4, knowing and in reckless disregard of the fact that means of force, threats of force, and coercion would be used to cause Victim 4 to engage in a commercial sex act;

In violation of Title 18, United States Code, Sections 1591(a) and 2.

## FORFEITURE ALLEGATION ONE

The SPECIAL SEPTEMBER 2011 GRAND JURY further alleges:

1. The allegations of this Indictment are realleged here for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 1594.

2. As a result of his violations of Title 18, United States Code, Section 1591(a),

MCKENZIE J. CARSON, a/k/a "Casino," a/k/a "Joe Taylor,"

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1594(d)(1), his interests in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violations.

3. The interests of the defendant subject to forfeiture include, but are not limited to, the following seized items:

    a. One HP laptop computer, serial no. CNF0220L1J;

    b. One Dell laptop computer, product key no. PBPQ9-YJR6P-TGYJG-4VM2W-MYBRQ;

    c. One HTC cell phone, serial no. HT071HL12586.

All pursuant to Title 18, United States Code, Section 1594.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY